UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Grains and Industrial Products Trading Pte Ltd and Bunge S.A. for an Order Directing Discovery from Daniel Rudolph Pursuant to 28 U.S.C. § 1782 | Misc. Action No. 7:19-mc-00006 |

## [PROPOSED] ORDER GRANTING JUDICIAL ASSISTANCE IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Upon consideration of the *ex parte* petition for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by Petitioners Grains and Industrial Products Trading Pte Ltd ("GRIPT") and Bunge S.A. ("BSA") (collectively, "Petitioners"), and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (1994) weigh in favor of granting the Petition; and it is further

**ORDERED** that the Petition is **GRANTED**, and it is further

**ORDERED** that Petitioners are granted leave to serve this Order and the subpoena attached to the Petition as Exhibit A upon Daniel Rudolph, and are authorized to issue additional subpoenas for the production of documents and/or depositions of Daniel Rudolph as Petitioners reasonably deem appropriate and as is consistent with the Federal Rules of Civil Procedure; and it is further

**ORDERED** that Daniel Rudolph comply with such subpoena(s) in accordance with and subject to his rights under the Federal Rules of Civil Procedure and the Rules of this Court.

**SO ORDERED.**

DATED: Jan. 15, 2019
White Plains, NY

_____
UNITED STATES DISTRICT JUDGE

Clerk of the Court requested to terminate the motion (doc. 1).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2019